UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
CITIZENS BANK N.A.

vs

**Defendant**
335 NEW ROAD LLC, ET AL

DOCKET NO. 3:20-CV-03603-MAS

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** 335 NEW ROAD LLC
ATTN: RIVKA STEINER
Address:
78 THROOP AVENUE
BROOKLYN NY 11206

Cost of Service pursuant to R4:4-30

$ _____

**Attorney:**
STRADLEY RONON STEVENS & YOUNG
2005 MARKET STREET SUITE 2600
PHILADELPHIA PA 19103

**Papers Served:**
SUMMONS IN A CIVIL CASE, COMPLAINT WITH EXHIBITS,

**Service Data:**

Served Successfully __X__   Not Served _____   Date: 5/11/2020   Time: 11:39 AM   Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

_X_ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
RIVKA STEINER
AUTH AGENT

**Description of Person Accepting Service:**
Age: 35-40   Height: 5'6"   Weight: 130-140   Hair: BROWN   Sex: Female   Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                              Date _____ Time
                              Date _____ Time
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
_11_ day of May 2020

_(Notary Signature)_

I, DONALD DELPRETE, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Process Server)_ 5/11/2020

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 20_21_

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

Work Order No.   500995
File No.   184880-0216

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CITIZENS BANK, N.A.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**335 NEW ROAD, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:20−CV−03603−MAS−LHG**

TO: *(Name and address of Defendant):*

335 New Road LLC
Attn: Rivka Steiner
78 Throop Avenue
Brooklyn, New York 11206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Pereira
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2020−04−03 14:28:56**, Clerk
USDC NJD