## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DCR MORTGAGE 10 SUB 3 LLC, as assignee of CITIZENS BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> 335 NEW ROAD LLC, YEMERYING REALTY LLC, A.G.M. DECO INC., RIVKA STEINER and GABRIELLE STEINER, <br><br> Defendants. | Civil Action: 3:20-cv-03603-MAS-LHG <br><br> Judgment No.: **DJ-026928-21** <br><br><br> **WARRANT TO SATISFY JUDGMENT** |

**TO: CLERK OF SUPERIOR COURT**

    **WHEREAS**, Judgment was entered on February 12, 2021 in the above-entitled action in favor of the plaintiff, CITIZENS BANK, N.A., and subsequently assigned to DCR MORTGAGE 10 SUB 3 LLC, as assignee for Citizens Bank, N.A. ("Plaintiff") against Defendants, 335 NEW ROAD LLC, YEMERYING REALTY LLC, A.G.M. DECO INC., RIVKA STEINER and GABRIELLE STEINER, by the record thereof as D.N.J., Docket Number 3:20-cv-03603-MAS-LHG and subsequently filed with the State of New Jersey as Judgment Number DJ-026928-21.

    **WHEREAS,** Plaintiff has since received the agreed upon settlement amount;

    **WHEREAS,** the Judgment has been satisfied and should be discharged.

    **THEREFORE,** this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment in the full amount.

                                        **FOX ROTHSCHILD LLP**
                                        *Attorneys for Plaintiff*

Date: July 24, 2025            By: */s/ Timothy J. Bloh*        .
                                              Timothy J. Bloh, Esq. (023171989)
                                              Christopher C. Fallon, III, Esq. (026402006)
                                              Midtown Building – Suite 400
                                             1301 Atlantic Avenue
                                             Atlantic City, New Jersey 08401
                                             (609) 348-4515 - Fax: (609) 348-6834

174566736.1

## CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**FOX ROTHSCHILD LLP**
Attorneys for Plaintiff

Dated: July 24, 2025             By: <u>*/s/  Timothy J. Bloh*</u>
                                     Timothy J. Bloh, Esq.
                                     Christopher C. Fallon, III, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIZENS BANK, N.A.,<br><br>                    Plaintiff,<br><br>    v.<br><br>335 NEW ROAD LLC, YERMERYING REALTY LLC, A. G. M. DECO INC., RIVKA STEINER, and GABRIELLE STEINER,<br><br>                    Defendants. | Civil Action No. 20-cv-03603 |

## ASSIGNMENT OF JUDGMENT

       This Assignment of Judgment is made as of May 28, 2021, by CITIZENS BANK, N.A., a national banking association with an address of 28 State Street, Boston, Massachusetts 02109 ("Seller"), for good and valuable consideration, in favor of DCR MORTGAGE 10 SUB 3, LLC, a Delaware limited liability company, with an address at 150 Second Avenue North, Suite 1600, St. Petersburg, Florida 33701 ("Purchaser"), pursuant to a certain Loan Sale Agreement between, inter alia, Seller and Purchaser dated May 26, 2021, which is hereby incorporated by reference ("Agreement").

       Seller hereby assigns, transfers and sets over to Purchaser, its successors and assigns, WITHOUT RECOURSE, REPRESENTATION OR WARRANTY OF ANY NATURE WHATSOEVER, WHETHER EXPRESSED OR IMPLIED, except and only to the extent otherwise provided in the Agreement, all Seller's right, title and interest in and to the Consent Judgment entered in the above-captioned proceeding on February 22, 2021 in favor of the Seller and against the Defendants in the amount of $2,648,445.00, plus post judgment interest at the rates provided for therein.

CITIZENS BANK, N.A.

By: _/s/ Steven Markunas_
Name: Steven Markunas
Title: Vice President

COMMONWEALTH OF PENNSYLVANIA : 
: SS.
COUNTY OF DELAWARE :

On this 28th day of May 2021, before me, the undersigned officer, personally appeared Steven Markunas, who, being by me duly sworn, did depose and say that he is a Vice President of Citizens Bank, N.A., a national banking association and acknowledged that he did sign the foregoing assignment on behalf of Citizens Bank, N.A., in his capacity as Vice President and that said assignment is the free act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal.

_____
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Jessica Mayer, Notary Public
Delaware County
My commission expires July 29, 2023
Commission number 1259585
Member, Pennsylvania Association of Notaries

2